**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| NIMA NAZERZADEH, § | |
| (a/k/a NIMA NASERZADEH), § | |
| (Reg. #39423-179) § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION H-08-0499 |
| § | |
| HARRIS COUNTY, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

For the reasons stated in this court's Memorandum and Opinion entered this date, the federal-law claims are dismissed with prejudice and the state-law claims are dismissed without prejudice.

SIGNED on September 27, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge